**Order entered January 23, 2014**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-11-00480-CV

**DALLAS COUNTY, TEXAS, Appellant**

**V.**

**ROY LOGAN, Appellee**

**On Appeal from the 95th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-10-06270**

## ORDER

Before the Court is the January 9, 2014 "Appellant's Motion for Leave to File Reply to Appellee's Supplemental Brief."  Pursuant to deadlines set by this Court, appellant Dallas County, Texas, filed a supplemental brief in this case on October 21, 2013, and appellee Roy Logan filed a supplemental brief on October 31, 2013.  Appellant requests "permission to file a reply to brief the Court on the alleged violations of law raised by Appellee in its supplemental brief, which are not part of the trial court record or the original appellate briefing to this Court."  Appellant asserts in its motion that it (1) "has not filed any previous motion for leave to file a supplemental brief" and (2) "assumes this motion is opposed" by appellee.

This Court's opinion in this case was issued on January 9, 2014.  Appellant's "Motion for Leave to File Reply to Appellee's Supplemental Brief" is **DENIED** as moot.

/s/     DOUGLAS S. LANG
JUSTICE